RECEIVED
BY _____
JUN 2 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Dear Mr. Shemwell,

Back in 1997, I filed several Civil Suits against Eugene Bryson, F. Eward Mouton, Bruce Dorris, Hugo Holland, and James R. Haacker. Each suit was striken from the record because I could not afford to pay for all of them at one time, I am assuming this. Eventually the full amount owed was taken from my prison account month after month. I would like for all Civil Suits filed against the above defendants reopened and referred to Pro Se Law Clerk for Initial Review as soon as possible.

They conspired against me, some exploited into my case just so I could be found guilty of a fabricated charge that I was sentence to a Life Term in prison. I want action taken against them for taking the law into their own hands and for punishing me outside of the Louisiana Constitutional guide lines. I know for sure that Eugene Bryson has retired and F. Edward Mouton has his own firm. The rest is still employed by the state and works at the Caddo Parish Courthouse. Please respond to my request immediately so I can try to give back this life sentence. Thanks for your time and cooperation.

Sincere,
Angelo Davenport 108407
Louisiana State Penitentiary
Camp D. Raven 2L-10
Angola, La. 70712

Mr. Angelo Davenport #104407
Louisiana State Penitentiary
Camp D. Raven 2L-10
Angola, La. 70712

JUN 19 2006
WALL PENAL INSTITUTE

BATON ROUGE
LA 708 5 T
19 JUN 2006 PM

Clerk of Court: Robert H. Shemwell
United States District Court
Western District of Louisiana
U.S. Courthouse
300 Fannin St., Suite 1167
Shreveport, LA 71101-3083